**People of the State of Illinois, Plaintiff-Appellee, v. Henry Lee Johnson, Defendant-Appellant.**

**Gen. Nos. 53,577, 53,578, 53,754. (Consolidated.)**

First District, Second Division.

February 16, 1970.

Howard T. Savage, of Chicago, for appellant; Edward V. Hanrahan, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and Thomas Holum, Assistant State's Attorneys, of counsel), for appellee. Opinion by JUSTICE LYONS. Not to be published in full.